# Third District Court of Appeal

## State of Florida

Opinion filed June 15, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-442
Lower Tribunal Nos. F99-11349, F99-12004

————————

**Eddie Bonet,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Eddie Bonet, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.